1  BRIAN J. STRETCH (CABN 16373)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7223
7      FAX: (415) 436-7234
       tom.colthurst@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 93-CR-00326-DLJ |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ENRIQUE RAMOS-VILLAGOMEZ AND JOSE ANGEL MARQUEZ-CERVANTES, | |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above superseding indictment as to the following defendants (and only these defendants), and moves that the Court quash the arrest warrants

////

////

////

NOTICE OF DISMISSAL
Case No. 93-cr-00326-DLJ

for these defendants issued in connection with this case: Enrique Ramos-Villagomez (defendant 8) and Jose Angel Marquez-Cervantes (defendant 10).

DATED: September 25, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

BARBARA J. VALLIERE
Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 93-cr-00326-DLJ

| | |
|---|---|
| 1 | |
| 2 | ORDER |
| 3 | Leave is granted to the government to dismiss the superseding indictment as to the following |
| 4 | defendants: Enrique Ramos-Villagomez (defendant 8) and Jose Angel Marquez-Cervantes (defendant |
| 5 | 10). It is further ordered that the arrest warrants for these defendants issued in connection with this case |
| 6 | are quashed. |

Date: September 27, 2017

_____
THE HONORABLE PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

NOTICE OF DISMISSAL
Case No. 93-cr-00326-DLJ